United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,

Plaintiff,

8

9    v.

10   JESUS ALFREDO RODRIGUEZ FLORES,

Defendant.

11

Case No. 19-cr-00429-SI-1

**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY**

12
13    On December 6, 2024, the Defendant, Jesus Alfredo Rodriguez Flores was sentenced to

14   time served plus one court day.  The defendant is ordered released from the custody of the United

15   States Marshal Custody at 450 Golden Gate Avenue, San Francisco, CA on Monday December 9,

16   2024.

17
18    **IT IS SO ORDERED.**

19   Dated: December 6, 2024

20

21   SUSAN ILLSTON
United States District Judge

22
23
24
25
26
27
28

*Rev. 08-2023*